**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| UNIDAD LATINA EN ACCIÓN and JUNTA FOR PROGRESSIVE ACTION, INC., | ) ) ) ) | Civ. No. 3:07-cv-01478-MRK (Hon. Mark Kravitz) |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| U.S. DEPARTMENT OF STATE and U.S. DEPARTMENT OF JUSTICE, | ) ) ) | Tuesday, November 20, 2007 |
| Defendants. | ) ) |  |

**JOINT STIPULATION REGARDING SERVICE OF PROCESS**
**AND ANSWER DEADLINES**

The parties to this case, Unidad Latina en Acción and Junta for Progressive Action, Inc. (collectively, "Plaintiffs") and U.S. Department of State and U.S. Department of Justice (collectively, "Defendants"), by and through their respective counsel, hereby enter into the following stipulations:

1.   Counsel for Defendants, Assistant U.S. Attorney Victoria Shin, has agreed to accept service of Plaintiffs' First Amended Complaint, on behalf of both Defendant agencies. On Tuesday, November 20, 2007, Counsel for Plaintiffs personally served upon AUSA Shin a copy of the First Amended Complaint.

2.   Counsel for Plaintiffs and counsel for Defendants have agreed that pursuant to Fed.R.Civ.P. 6(a) and 14(a), the deadline for Defendant U.S. Department of Justice to file a Response to Plaintiffs' First Amended Complaint shall be December 5, 2007.

1

3. Counsel for Plaintiffs and counsel for Defendants have agreed that Defendant U.S. Department of State shall file a Response to Plaintiffs' First Amended Complaint by December 7, 2007.

Respectfully submitted,

For Plaintiffs:                                               For Defendants:

Dated: November 20, 2007                       Dated: November 20, 2007
New Haven, Connecticut                          New Haven, Connecticut


_____/s/_____                       _____/s/_____
Michael Wishnie, Esq.                              Victoria S. Shin, Esq.
Federal Bar No. ct27221                          Assistant U.S. Attorney
Christopher N. Lasch, Esq.                       Federal Bar No. ct26806
*Jerome N. Frank Legal Services*                157 Church Street
    *Organization*                                       New Haven, CT 06510
P.O. Box 209090                                     Telephone: (203) 821-3799
New Haven, CT 06520-9090                    Facsimile: (203) 773-5373
Telephone: (203) 432-4800                      victoria.shin@usdoj.gov
Facsimile: (203) 432-1426
christopher.lasch@yale.edu                     *Counsel for Defendants*

*Counsel for Plaintiffs*


So ordered this ____ day of _____, 200___.


_____
United States District Judge

2