IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIDAD LATINA EN ACCIÓN and JUNTA FOR PROGRESSIVE ACTION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civ. No. 3:07-cv-1478(MRK) <br><br> October 14, 2008 |

**PLAINTIFFS' UNOPPOSED MOTION
FOR AN EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING**

Plaintiffs, by and through undersigned counsel, move for this Court for seven (7) additional days to file supplemental briefing related to the adequacy of the search described in Defendant's Second Supplemental Declaration, filed on September 29, 2008. The parties require more time to attempt to reach a resolution on the question of the adequacy of the search.  Counsel for Defendant, Assistant United States Attorney

Douglas Morabito, has stated that the government does not oppose this request.

Dated: October 14, 2008

    Respectfully submitted,
/s/ Michael Wishnie
Michael Wishnie, Supervising Attorney ct27221
Hunter Smith, Law Student Intern
Jane Lewis, Law Student Intern
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, Connecticut 06520
Phone: (203) 432-4800

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2008 a copy of the foregoing was filed electronically.

The following counsel will be notified via the Court's electronic filing system:


Douglas Morabito, Esq.
United States Attorney's Office
157 Church Street, Floor 23
New Haven, CT 06510

                                              /s/ Michael Wishnie
                                              Michael J. Wishnie, Esq. ct27221
                                              Jerome N. Frank Legal Services Organization
                                              P.O. Box 209090
                                              New Haven, CT 06520-9090
                                              203-432-4800