# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNIDAD LATINA EN ACCIÓN and <br> JUNTA FOR PROGRESSIVE ACTION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civ. No. 3:07-cv-1478 <br><br> Joint Stipulation <br><br> October 21, 2008 |

## JOINT STIPULATION REGARDING ADEQUACY OF SEARCH

It is hereby stipulated and agreed by and between the undersigned Plaintiffs, Unidad Latina en Accion and Junta for Progressive Action, Inc., and Defendant, the United States Department of Justice, through its component, United States Marshals Service ("USMS"), by and through their respective attorneys, as follows:

1. USMS will conduct the following additional search: The U.S. Marshal, the Chief Deputy, and the Deputy U.S. Marshals from the District of Connecticut office will search their incoming, outgoing, archived, and deleted e-mail folders in Microsoft Outlook for any emails sent or received on or after January 1, 2007 containing the word "alien" in the subject or text of the email. Defendants will promptly submit any responsive records relating to the June 6, 2007 operation produced by this search to the Freedom of Information Act ("FOIA") office for processing, and will release to Plaintiffs any non-exempt responsive records.

2. Defendant reserves the right to claim any appropriate FOIA exemption as to any responsive records identified in the search described in paragraph 1, and nothing herein waives in any way Defendant's rights to claim in this proceeding such exemptions under FOIA.

3. Plaintiffs reserve the right to contest Defendant's withholding of any record identified in the search described in paragraph 1, and nothing herein waives in any way Plaintiffs' rights to contest in this proceeding such claimed exemptions under FOIA.

4. Plaintiffs stipulate that upon Defendant's completion of the search described in paragraph 1, the search for records by Defendant pursuant to FOIA Request No. 2007 USMS 10752 will be adequate as required by law.

PLAINTIFFS

By: \_\_/s/ Michael Wishnie_____
    Michael J. Wishnie, Supervising Attorney ct27221
    Jerome N. Frank Legal Services Organization
    P.O. Box 209090
    New Haven, CT 06511
    (203) 432-4800

DEFENDANTS

By: \_\_\_/s/ Michelle L. Colson\_\_\_\_\_
    Michelle L. Colson, Esq.
    United States Attorney's Office
    157 Church Street, Floor 23
    New Haven, CT 06510

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2008 a copy of the foregoing was filed electronically.

The following counsel will be notified via the Court's electronic filing system:


Michelle L. Colson, Esq.
Douglas Morabito, Esq.
United States Attorney's Office
157 Church Street, Floor 23
New Haven, CT 06510


           /s/ Michael Wishnie
Michael J. Wishnie, Esq. ct27221
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090
michael.wishnie@yale.edu
203-432-4800